# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| Plaintiff, | : | MAGISTRATE NO.: 21-mj-521 |
| v. | : | VIOLATIONS: |
| **KRISTI MUNN (AKA: KRISTI MARIE MUNN), THOMAS MUNN (AKA: TOM MUNN), DAWN MUNN, JOSHUA MUNN (AKA: JOSH MUNN), AND KAYLI MUNN,** | : | 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| Defendants. | : | 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA: Josh Munn),** and **Kayli Munn**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA:**

**Josh Munn),** and **Kayli Munn**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA: Josh Munn),** and **Kayli Munn**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **Kristi Munn (AKA: Kristi Marie Munn), Thomas Munn (AKA: Tom Munn), Dawn Munn, Joshua Munn (AKA: Josh Munn),** and **Kayli Munn**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Date: July 16, 2021

         Respectfully submitted,

         CHANNING D. PHILLIPS
         ACTING UNITED STATES ATTORNEY

By:  *s/ Monica A. Stump*
    MONICA A. STUMP
    PA Bar 90168
    Assistant United States Attorney - Detailee
    Nine Executive Drive
    Fairview Heights, IL 62208
    Tel. No. 618-622-3860
    monica.stump@usdoj.gov

By:  *s/ Jennifer M. Rozzoni*
    JENNIFER M. ROZZONI
    NM Bar No. 14703
    Assistant United States Attorney - Detailee
    201 3rd Street, Suite 900
    Albuquerque, NM 87102
    Tel. No. 505-350-6818
    jennifer.m.rozzoni@usdoj.gov