# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                       **2021 CR 474-3 (BAH)**

**DAWN MUNN**

## NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.

Respectfully submitted,

/s/

Heather Shaner #273276
Appointed by the Court
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210

hhsesq@aol.com