**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**


**v.**                                                    **21-Cr. 474 (BAH)**


**DAWN MUNN**


**MOTION TO WITHDRAW AS COUNSEL**
**AND FOR APPOINTMENT OF NEW COUNSEL**


At the request of the defendant, Court Appointed Counsel, Heather Shaner, now moves this Honorable Court to allow her to withdraw as Counsel and to appoint Succeeding Counsel for the defendant.


Respectfully submitted,


_____/s/_____
H. Heather Shaner #273276
Appointed by the Court for Dawn Munn
1702 S Street Northwest
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com