Dear Ms. Shaner,

Thank you for the assistance. In answer to your question, the main thing I have learned, is to never allow myself to get caught up in any situation like this again. I do accept that President Biden is the president. I was never "objecting" to him being president, only that the vote count be double checked and verified, before being certified. That's it.

As of yet, there has not been a definite answer to my question, on the accuracy of the vote, so a question does remain.  I do acknowledge that the vote was certified, and President Biden was inaugurated on Jan 20 of 2021, so I totally accept he is the president. Our president. Whether or not I agree with a person's policies, I do respect the position and President Biden was inaugurated as the president of our country.

I do have a lot of remorse, for going into the building through the window, and more so overall, about going into the building at all. I should have known that something was wrong.  You do not enter the Capitol through a broken window. I did realize something was very wrong and shortly after entering I began trying to figure out what to do --and how to get my family out of the building.

This is a little before you saw us on the video picking up the trash. I wasn't sure if I should mention it, but we remained peaceful the whole time, and we did follow police instructions. But of course we should not have been demonstrating inside the building in the first place. I want to be sincere, because I am, but I want you to know we did remain peaceful and respectful.

I did not personally witness any violence, but I saw a lot of shoving and pushing and heard chanting. We saw violence, later, on the news in our motel, so I really can't comment on that. The broken window should have told me, that something was very wrong. I really do have genuine remorse for demonstrating inside the Capitol building. It has never been my desire and I let myself get caught up in the mass confusion and chaos. I am most sincere and genuine in my apology.

Our trip to Washington was an adult trip, a "senior trip", for two of my graduating daughters. The younger of whom turned 18, five months later. Our two younger daughters were not with us, because this was an adult trip. Two of my older children who also wanted to go, and were able to go on short notice, did come. Had I known, or even imagined what was going to happen I would have never even considered going. I certainly would have counseled  my family and  anyone else, not to go.

After hearing the concussion grenades go off, and being tear gassed and with the mass panic and chaos that followed, I was overwhelmed, and in complete confusion with what was happening.

The events that followed, up to when we entered the building, happened so rapidly that I was still overwhelmed and acted without thinking correctly. Had I been thinking correctly, I would have stopped, realized something was very wrong, and worked my way out of the area. That is what I wish I had done. That is what I mean, when I say, I do have genuine remorse and apology.

I do watch the information out there on the election, regardless of the "political" angle, and more often than not, find myself having more questions than answers. What I do know for certain are two things. That President Biden is the president, and I should have not demonstrated inside the Capitol Building. I truly apologize for having done so. It was wrong, and unlawful, to have done so and I admittedly, and very sincerely, apologize.

Again, thank you for your assistance, and I am hoping this helps with what you are putting together for the court.

I wanted to ask, could you give me the address of the courthouse/room where we are supposed to meet, I am working on travel plans. Could you also tell me if there is a place to park nearby and the address of where it would be?

Sincerely,
Dawn Munn