Upon waking on Nov 4th, 2022 and finding out the results of the Presidential election with so many irregularities and mathematical impossibilities, it raised the question of the integrity of our election. I listened to court rulings and had more questions than answers. I felt that if these questions could not be answered before the certification time, the certification should be on hold until these questions, about the accuracy of the election, could be answered

I believe that it is the responsibility of every US citizen, to ensure the integrity and accuracy of the voting process in our country. This is not a political statement, this is the responsibility that comes with the right to vote, if we look the other way from our responsibility, the right to our vote would surely slip away.

My husband and I had two daughters graduating high school the spring of 2021. In our home much was discussed on the election and the process. However, when the election concluded with so many questions, the conversations turned to the importance of election integrity to our country.

In early January, I discovered a stimulus check had been deposited into our checking account.  The family talked had about a trip to Washington D.C. to see the President speak and to see our nation's history. This trip had a full itinerary, including to see the Lincoln Monument, as well as Arlington National Cemetery. The trip was made on very short notice and on a limited budget.

Arriving the morning of January 6th 2021, from the train station we all walked down Pennsylvania Ave to the Eclipse.  Joining what was the largest crowed of people I had ever seen in my life, the atmosphere was full of joy and positive energy. Following the President's speech we began a slow walk down Constitution Ave taking in the sites.

 Arriving at the Capitol grounds, everything was still upbeat. The street to our left as well as our right was coming together up by the Capitol and the crowd was rapidly increasing in size.  As we approached near steps of the Capitol, chaos suddenly and abruptly erupted.

In a great amount of shock and confusion, the packed crowd suddenly pushed forward. Finding myself being moved forward with the crowd, I entered into the Capitol along with the rush of the crowd. Regrettably, it was shortly after entered that I realized something was very wrong. I want to sincerely apologize for getting caught up in the chaos happening around me.  My only intention had been to speak, and I allowed myself to get caught up and lose sight of that.

We began looking for a place to exit, as we could not the way we came in, due to the crowd still entering. We finally encountered some officers who directed us, to exit through a window alongside the doors, where the crowd was still entering.

We immediately left the Capitol grounds, headed down Pennsylvania Avenue, to the train station and back to our motel. While in the motel room we watched in shock of what we saw playing on the screen, having never seen any of that. Confused and dismayed with what we were watching, we chose to cut our trip short and departed for home the next morning.

Again, I openly and sincerely apologize for my actions at the Capitol. I desperately wish these events had never happened. Not just because of the charge against me, but because it should have never happened to our country.